# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| **Charles Yang & Pansy Yang,** | ) | Chapter: 7 |
| Debtors | ) | Judge: Brizendine |
| | ) | Case No.: 13-20640 |

| | | |
|---|---|---|
| | ) | |
| **Charles Yang,** | ) | **CONTESTED MATTER** |
| Movant | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **Capital One Bank USA NA,** | ) | |
| Respondent | ) | |

## NOTICE OF REQUIREMENT OF RESPONSE TO MOTION TO AVOID LIEN ON EXEMPT PROPERTY AND OF TIME TO FILE SAME

NOTICE IS HEREBY GIVEN that a Motion to Avoid a Lien on exempt property pursuant to 11 U.S.C. Sec. 522 has been filed in the above-styled case on April 16, 2013.

NOTICE IS FURTHER GIVEN that, pursuant to Local Rule 6008-2 NDGA., the Respondent must file a response to the Motion within 21 days after service, exclusive of the day of service, and serve a copy of same upon Movants. In the event that no response is timely filed and served, the Bankruptcy Court may enter an order granting the relief sought.

This 16th day of April, 2013.

Respectfully submitted by:
**HICKS, MASSEY & GARDNER, LLP**

/s/ Robert M. Gardner, Jr.
Robert M. Gardner, Jr.
Attorney for Debtors/Movant
Ga. Bar No. 284640

53 W. Candler Street
Post Office Box 721
Winder, Georgia 30680
Telephone:     (770) 307-4899
Facsimile:     (770) 868-1209
Email: hmgbankruptcy@yahoo.com

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| **Charles Yang & Pansy Yang,** | ) | **Chapter: 7** |
| Debtors | ) | Judge: Brizendine |
| | ) | Case No.: 13-20640 |
| | ) | |
| **Charles Yang,** | ) | **CONTESTED MATTER** |
| Movant | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **Capital One Bank USA NA,** | ) | |
| Respondent | ) | |

## MOTION TO AVOID JUDICIAL LIEN

**COMES NOW** the Movant, by and through counsel, and files this Motion to Avoid Judicial Lien, and shows the Court the following:

1.

Movant filed a petition for relief under 11 U.S.C. Chapter 7 on March 5, 2013.

2.

This Motion to Avoid Judicial Lien is filed by Movant under 11 U.S.C. Sec. 522(f)(1)(A) to avoid a judicial lien on property which the Movant may exempt under 11 U.S.C. Sec. 522(b), to wit: all real and personal property of the Movant which was or could have been exempted in the Debtors' schedules.

3.

Respondent holds a judicial lien against the property of the Movant by virtue of a Judgment entered in the Superior Court of Barrow County on March 3, 2010 in case number is 09-CV-003683-X, and recorded in the General Execution Docket of Barrow County on or about

March 24, 2010 in book 41, page 644.  A copy of said Judgment is attached hereto and incorporated herein by reference.

4.

The existence of Respondent's judicial lien on Movant's property impairs exemptions to which Movant is entitled under 11 U.S.C. Sec. 522(b).

**WHEREFORE**, Movant prays:

(a) That this Motion to Avoid Judicial Lien be scheduled for a hearing and inquiry be made if a response to the same is timely filed;

(b) That the court declare null and of no effect Respondent's judicial lien on all real and/or personal property of the Movant which was or could have been exempted in the Debtors' schedules;

(c) That the Movant be allowed to have possession of and clear title to all real and/or personal property; and

(d) that the Movant have such other and further relief which the Court may seem just and proper.

Respectfully submitted by:
**HICKS, MASSEY & GARDNER, LLP**

/s/ Robert M. Gardner, Jr.
Robert M. Gardner, Jr.
Attorney for Debtors/Movant
Ga. Bar No. 284640

53 W. Candler Street
Post Office Box 721
Winder, Georgia 30680
Telephone:    (770) 307-4899
Facsimile:    (770) 868-1209
Email: hmgbankruptcy@yahoo.com

## CERTIFICATE OF SERVICE

_____This is to certify that I have this day served a copy of the within and foregoing Notice of Requirement of Response to Motion to Avoid Lien and Motion to Avoid Lien on the parties listed below by placing the same in a property addressed envelope with adequate postage affixed thereto and depositing the same in the United States Mail, addressed as follows:

Albert F. Nasuti
Chapter 7 Trustee
40 Technology Parkway South
Suite 300
Norcross, GA 30092

**VIA CERTIFIED:**
Capital One Bank USA NA
C/O Jory A. Berson, President
4581 Cox Road
Glen Allen, VA  23060

**VIA CERTIFIED:**
Capital One Bank USA NA
C/O Frederick J. Hanna
1427 Roswell Rd.
Marietta, GA  30062

**VIA CERTIFIED:**
Capital One Bank USA NA
C/O Corporation Service Company
1111 East Main St., 16th Floor
Richmond, VA  23219

This 16th day of April, 2013.

Respectfully submitted by:
**HICKS, MASSEY & GARDNER, LLP**

 /s/ Robert M. Gardner, Jr.
Robert M. Gardner, Jr.
Attorney for Debtors/Movant
Ga. Bar No. 284640

53 W. Candler Street
Post Office Box 721
Winder, Georgia 30680
Telephone:     (770) 307-4899
Facsimile:     (770) 868-1209
Email: hmgbankruptcy@yahoo.com

BK00411PG0644

# WRIT OF FIERI FACIAS
## IN THE SUPERIOR COURT OF BARROW, GEORGIA

2010 MAR 24 AM 10: 17

REGINA ..........., CLERK

| | |
|---|---|
| CIVIL ACTION  09-CV-003683-X | CAPITAL ONE BANK (USA) NA |
| JUDGMENT DATE  03/03/2010 | |

Plaintiff's Attorney - Name, Address & Telephone

Name: DENNIS E HENRY

Address: 1427 ROSWELL RD

MARIETTA, GA 30062

Telephone: 770-988-9055

Fi.Fa. in Hands of: _____

Vs.                                                   Plaintiff(s)

CHARLES C YANG

Defendant(s)

To all and singular the sheriffs of the State and their lawful deputies:
In the above styled case, and on the judgment set out, the plaintiff(s) named above recovered against the defendant(s) named above, judgment in the following sums:

| | |
|---|---|
| Principal | $1,639.58 |
| Interest | $531.55 |
| Other | $0.00 |
| Attorney's Fees | $242.11 |
| Court Costs | $105.00 |
| Fi Fa Fees | $0.00 |
| Total | $2,518.24 |

NOTE: _____

### CANCELLATION

The within and foregoing Fi.Fa. having been paid in full, the Clerk of Superior Court is hereby directed to cancel it of record.

This the _____ day of _____, _____

Signature: _____

Title: _____

with future interest upon said principal amount from the date of judgment at the legal rate.

Therefore, YOU ARE COMMANDED, that of the goods and chattels, lands, and tenements of said defendant(s) and ESPECIALLY/ONLY of the following described property, to wit:

You cause to be made the several sums set out in the foregoing recital of the judgment in this case and have the said several sums of money before the SUPERIOR Court of this County at the next term of court, with this Writ to render to said plaintiff(s) the principal, interest, attorney fees, and costs aforesaid.

Witness the Honorable DAVID MOTES, Judge of said Court.

This the 3 day of MARCH, 2010

CLERK
By: _____ Deputy Clerk / Clerk

Entered on General Execution Docket _____, at

Page _____ this _____ day of _____, _____